# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois  60604


March 26, 2002

*Before*

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

No. 01-2164

| | |
|---|---|
| BEANSTALK GROUP, INCORPORATED, | Appeal from the United States District Court for the Northern District |
| Plaintiff-Appellant, | of Indiana, South Bend Division. |
| | |
| *v.* | No. 00 C 525 |
| | |
| AM GENERAL CORPORATION and GENERAL MOTORS CORPORATION, | Allen  Sharp, |
| Defendants-Appellees. | *Judge.* |

## O R D E R

Page 10 of the slip opinion issued on March 15, 2002, is amended as follows:

In the fifth line after the first paragraph break, the words "so much of" are deleted. In the seventh line, the words "that represented the value of the Hummer trademark" are deleted. And in the third line before the second paragraph break, "$3.5 billion" is changed to "$10 billion."